UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 30  AM 11: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DENNIS CRAIG; SAMMIE CANNON;
WELDON CARNES; WAYNE
CHRESTMAN; BILLY GRACE; EDGAR
HODGES; LINDA MCCOLLUM; WALTER
MCDONALD; SUZANNE PARRISH;
LARRY RILEY; CLIFFORD SIMMONS;
LESTER SMITH; and W.C. TAYLOR,

    Plaintiffs,

v.

ST. JUDE MEDICAL, INC., ST. JUDE
MEDICAL S.C., INC., ST. JUDE MEDICAL,
ATG, INC., ROBERT PATRICK LENAHAN,
JR., LOUIS BONILLA, M.D., STACY
SANFORD, and METHODIST
HEALTHCARE MEMPHIS HOSPITALS,

    Defendants.

No.: 05-02564 Ml/A

## AGREED ORDER STAYING CASE FOR AN ADDITIONAL THIRTY DAYS

The parties, by and through their respective counsel, have requested that the Court stay the proceedings in this action, having stipulated and agreed as follows:

The parties have been involved in extensive settlement negotiations and have been diligently pursuing non-judicial resolution of this case. Presently, the parties have reached an agreement in principle to resolve this matter in its entirety.

Because they are close to reaching a mutually agreeable resolution of this matter, the parties do not believe that further judicial proceedings are currently necessary, and wish to conserve the time and resources of this Court.





On October 25, 2005, the Court entered an order staying the case for thirty days. The parties agree that the most efficient case management plan would be to stay these proceedings for an additional thirty days to allow time to complete the settlement proceedings.

Based upon the facts set forth above and desiring to make efficient use of judicial resources, the parties hereby stipulate as follows:

That this action be stayed for thirty days from the date this Order is entered pending resolution of this matter;

That all dates on which responsive pleadings are due, dates on which responses to pending motions are due, all discovery deadlines, all status conference dates, and all other hearing dates previously set are extended for thirty days;

That when a final settlement is reached, the parties will notify this Court immediately and request a stipulated dismissal of this action with prejudice; and

That if the parties are unable to resolve this matter within this thirty-day stay period, they will promptly notify the Court.

Having considered the above-stated recitals, and good cause appearing:

IT IS ORDERED that this action is STAYED for thirty days to afford sufficient time to conclude settlement negotiations and to effect the anticipated settlement.

IT IS FURTHER ORDERED that all dates on which responsive pleadings are due, dates on which responses to pending motions are due, all discovery deadlines, all status conference

dates, and all other hearing dates previously set are extended for thirty days.

IT IS SO ORDERED.

Dated: Nov. 29, 2005

_____
The Honorable Jon Phipps McCalla
United States District Court

AGREED:

_____
Michael P. McGartland   by DMS w/ permission
MCGARTLAND AND BORCHARDT
1300 S. University Drive
Suite 500
Fort Worth, Texas 76107
T: (817) 332-9300
F: (817) 332-9301

Counsel for Plaintiffs

_____
DeWitt M. Shy, Jr. (#5463)
Mary A. Hale (#21878)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
T: (901) 524-5000
F: (901) 524-5024

Counsel for St. Jude Medical, Inc., St. Jude Medical S.C., Inc.,
St. Jude Medical ATG, Inc., Robert P. Lenahan, Jr.,
Luis Bonilla, M.D. and Stacy Sanford

_____
Charles C. Harrell   by DMS w/ permission
Elizabeth E. Chance
BUTLER, SNOW, O'MARA, STEVENS & CANNADA PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
T: (901) 680-7200
F: (901) 680-7201

Counsel for Methodist Healthcare Memphis Hospitals

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CV-02564 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Michael P. McGartland
MCGARTLAND & BORCHARDT LLP
1300 South University
Ste. 500
Fort Worth, TX 76107

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Elizabeth E. Chance
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Mary Alison Hale
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT