UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DENNIS CRAIG; SAMMIE CANNON;
WELDON CARNES; WAYNE
CHRESTMAN; BILLY GRACE; EDGAR
HODGES; LINDA MCCOLLUM; WALTER
MCDONALD; SUZANNE PARRISH;
LARRY RILEY; CLIFFORD SIMMONS;
LESTER SMITH; and W.C. TAYLOR,

Plaintiffs,

v.

ST. JUDE MEDICAL, INC., ST. JUDE
MEDICAL S.C., INC., ST. JUDE MEDICAL,
ATG, INC., ROBERT PATRICK LENAHAN,
JR., LOUIS BONILLA, M.D., STACY
SANFORD, and METHODIST
HEALTHCARE MEMPHIS HOSPITALS,

Defendants.

No.: 05-CV-02564-JPM-(sta)

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, upon the statements and signatures hereto of counsel, that the matters and things in controversy between the parties have been amicably resolved, and that plaintiffs' Complaint against the defendants should be dismissed with prejudice;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiffs' action against the defendants be, and is hereby dismissed with prejudice, each party to bear its own costs.

Dated: Jan. 3, 2006

/s/ Jon P. McCalla
United States District Judge

APPROVED:

Dated: December 27, 2005

BURCH, PORTER & JOHNSON,
A Professional Limited Liability Company

BY: _____
DeWitt M. Shy, Jr.
130 North Court Avenue
Memphis, Tennessee 38103
T: (901) 524-5000
F: (901) 524-5024

Counsel for St. Jude Medical, Inc., St. Jude Medical S.C., Inc., St. Jude Medical ATG, Inc., Robert P. Lenahan, Jr., Luis Bonilla, M.D. and Stacy Sanford

Dated: December 27, 2005

BUTLER, SNOW, O'MARA, STEVENS & CANADA, PLLC

BY: _____ by D. Shy w/ permission
Charles C. Harrell
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
T: (901) 680-7200
F: (901) 680-7201

Counsel for Methodist Healthcare Methodist Hospitals

Dated: December 5, 2005

MCGARTLAND AND BORCHARDT
A Registered Limited Liability Partnership

BY: _____
Michael P. McGartland
University Centre I, Suite 500
1300 South University Drive
Fort Worth, TX 76107
866-832-9300
817-332-9301 FAX

Counsel for Plaintiffs